JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski,<br><br>    Plaintiff,<br><br>    v.<br><br>Izucar LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 8:20-cv-01725-CJC-DFM<br><br>*Hon. Cormac J. Carney*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 10, 2020<br>Trial Date:   Not on Calendar |

1 | Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2 | it, and being fully advised finds as follows:

3 | **IT IS ORDERED THAT:**

4 | Plaintiff Amber Machowski's ("Plaintiff") action against Defendant Izucar LLC
5 | ("Defendant") is dismissed with prejudice. Each party will be responsible for their own
6 | fees and costs.

DATED: October 27, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE